

# 𝔉ourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00324-CV

Madhavan A. **PISHARODI,** M.D., P.A.,
Appellant

v.

**UNITED BIOLOGICS, L.L.C,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The reporter's record was due August 10, 2018. On August 23, 2018, court reporter, Sachiko Nagao, filed a notification of late record, stating the portion of the reporter's record for which she is responsible has not been filed because appellant has not paid or made arrangements to pay her fee to prepare the record and appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.5(b), 35.3(a). We therefore ordered appellant to provide written proof to this court on or before September 24, 2018 that either (1) Ms. Nagao's fee has been paid or arrangements satisfactory to her have been made to pay her fee; or (2) appellant is entitled to the portion of the reporter's record for which Ms. Nagao is responsible without prepayment of her fee. *See* TEX. R. APP. P. 20.1, 35.3(a).

On September 24, 2018, appellant filed a response, stating he has been unable to mail a check to Ms. Nagao because each time he has called her for the address, she has not answered or returned his phone calls. On September 25, 2018, appellant filed a supplemental response, indicating he received Ms. Nagao's address and mailed a check in the requested amount to her. Attached to his supplemental response was a copy of the letter and check made out to Ms. Nagao for the requested amount.

Accordingly, we **ORDER** court reporter Sachiko Nagao to file her portion of the reporter's record in this court **on or before November 5, 2018**. Appellant's brief is due thirty days after the reporter's record is filed.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court